IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No.  4:11-cr-002 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRADLEY HAROLD MILLER, | ) | DECLARATION OF PUBLICATION |
| | ) | |
| Defendant. | ) | |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 16, 2011 and ending on September 14, 2011. (See, Attachment 1).

      Respectfully Submitted,

      Nicholas A. Klinefeldt
      United States Attorney

By: */s/ Maureen McGuire*
     Maureen McGuire
     Assistant United States Attorney
     U. S. Courthouse Annex, 2nd Floor
     110 E. Court Avenue
     Des Moines, Iowa 50309
     Tel: (515) 473-9354
     Fax: (515) 473-9292
     Email: Maureen.McGuire@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail   _____Fax   _____Hand Delivery   __X__ECF/Electronic filing   _____Other means

UNITED STATES ATTORNEY

By: */s/ M. Conn*
    FSA Paralegal III